**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00156-CV**
_____

**IN THE INTEREST OF M.F.S., M.F.S., AND A.F.S.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-03-03917-CV**

**MEMORANDUM OPINION**

The trial court clerk informed the Court that no arrangements have been made to pay for the District Clerk to prepare the clerk's record. On July 16, 2018, we warned the appellants that their appeal could be dismissed unless they established that they had arranged to pay the fee required to obtain the record with the clerk, or they filed a motion explaining why they needed additional time. On July 25, 2018, we affirmed the trial court's order granting the court reporter's contest to the appellants' statements claiming they were unable to afford to pay costs. *See* Tex. R. Civ. P. 145(g).

There being no satisfactory explanation for the appellants' failure to pay the filing fee for the appeal and failure to file the clerk's record that is relevant to their appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.